Robert W. Mitchell (WSBA #37444)
Robert W. Mitchell, Attorney at Law, PLLC
1020 N. Washington, Spokane, WA  99201
Telephone:	360-993-5000
Email:	bobmitchellaw@yahoo.com

SaraEllen Hutchison (WSBA # 36137)
Law Office of SaraEllen Hutchison, PLLC
1102 A ST STE 300 PMB 66
Tacoma, WA 98402
Telephone:	206-529-5195
Email:	saraellen@saraellenhutchison.com

*Attorneys for Plaintiff, Michael Evitt*

THE HONORABLE JUDGE SETTLE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| MICHAEL EVITT,<br><br>             Plaintiff,<br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>             Defendant. | NO. 3:23-cv-06121-BHS<br><br>**MOTION TO STRIKE DEFENDANT'S TRIAL BRIEF (ECF NO. 39)** |

COMES NOW Plaintiff, MICHAEL EVITT ("Plaintiff" and/or "Mr. Evitt") by and through counsel, and respectfully Moves this Court to Strike Defendant's Trial Brief.

## I.     INTRODUCTION

Defendant WELLS FARGO BANK, N.A. (hereinafter "Defendant"), filed its Trial Brief two days late.  This is not the first transgression. *See* ECF No. 30-1.

## II.     FACTS

On <u>August 19, 2025</u>, Defendant's Trial Brief was due.  *See* ECF No. 19, p. 1.

On <u>August 21, 2025</u>, <u>at 1:08 A.M.</u>, Defendant filed its Trial Brief.  *See* ECF No. 39.

Defendant's Trial Brief was filed 2 days late. *Id*.

PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S TRIAL BRIEF
3:23-cv-06121-BHS

1

Robert Mitchell Attorney at Law, PLLC
1020 N. Washington | Spokane, WA 99201
Ph (509) 327-2224 | bobmitchellaw@gmail.com

### III. AUTHORITY

The Scheduling Order states: "These dates are firm dates that can be changed only by order of the Court." *Id*., p. 2, ¶ 1.  Local Civil Rule 16(m) states in pertinent part: "In order to accomplish effective pretrial procedures and to avoid wasting the time of the parties, counsel, and the court, **the provisions of this rule will be strictly enforced**..." (Emphasis added).

The paramount purpose of the above rules is to avoid wasting this Court's resources. There is no legitimate purpose to be served by repeatedly failing to confer, failing to timely file pretrial documents, and/or repeatedly filing documents in the middle of the night.

### IV. CONCLUSION

Given the above, this Court should strictly enforce the provisions of the rules, strike Defendant's Trial Brief (ECF No. 39), and adopt Plaintiff's Trial Brief (ECF No. 33).

### WORD COUNT CERTIFICATION

I hereby certify under penalty of perjury under the laws of the State of Washington that this motion contains 229 words.

DATED this 22nd day of August, 2025.

Respectfully submitted,

S//*Robert W. Mitchell*
ROBERT MITCHELL (WSBA No. 37444)
ROBERT MITCHELL ATTORNEY AT LAW, PLLC
1020 N. Washington, Spokane, WA 99201
Telephone:     509-327-2224
Email:         bobmitchellaw@gmail.com

s/*SaraEllen M. Hutchison*
SARAELLEN HUTCHISON (WSBA #36137)
Law Office of SaraEllen Hutchison, PLLC
1102 A St. Ste. 300 PMB 66, Tacoma, WA 98402
Telephone: (206) 529-5195
Email: saraellen@saraellenhutchison.com

PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S TRIAL BRIEF
3:23-cv-06121-BHS

2

ROBERT MITCHELL ATTORNEY AT LAW, PLLC
1020 N. Washington | Spokane, WA 99201
Ph (509) 327-2224 | bobmitchellaw@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on this 22nd day of August, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

DATED this 22nd day of August, 2025, at Memphis, Tennessee.

Respectfully submitted,

S//*Robert W. Mitchell*
ROBERT MITCHELL (WSBA No. 37444)
ROBERT MITCHELL ATTORNEY AT LAW, PLLC
1020 N. Washington, Spokane, WA 99201
Telephone:     509-327-2224
Email:         bobmitchellaw@gmail.com
*Attorney for Plaintiff*

PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S TRIAL BRIEF
3:23-cv-06121-BHS

3

ROBERT MITCHELL ATTORNEY AT LAW, PLLC
1020 N. Washington | Spokane, WA 99201
Ph (509) 327-2224 | bobmitchellaw@gmail.com