Kelly H. Dove (WSBA No. 58910)
Snell & Wilmer, LLP
600 University Street, Suite 310
Seattle, WA 89101
206.741.1420
702.784.5286 (direct)
kdove@swlaw.com
*Attorneys for Wells Fargo Bank, N.A.*

THE HONORABLE JUDGE SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

MICHAEL EVITT,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

Case No. 3:23-cv-06121-BHS

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S TRIAL BRIEF**

**NOTE ON MOTION CALENDAR:**

**AUGUST 25, 2025**

**(PRETRIAL CONFERENCE)**

**Introduction**

Wells Fargo opposes Plaintiff's Motion to Strike Trial Brief and requests that the Court accept its filing.

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE TRIAL BRIEF (ECF NO. 42) - 1

3:23-cv-06121-BHS

4916-1873-9298

Snell & Wilmer
600 University Street
Suite 310
Seattle, Washington 98101
206.741.1420

**Authority**

The Supreme Court held that the determination of whether a party's neglect is excusable "is at bottom an equitable one, taking account of all relevant circumstances surrounding the party's omission." *Briones v. Riviera Hotel & Casino*, 116 F.3d 379, 382 (9th Cir. 1997) (citing *Pioneer Inv. Servs. Company v. Brunswick Assocs. Ltd. Partnership*, 507 U.S. 380, 395 (1993)). It is an "elastic concept," as Congress intended that "the courts would be permitted where appropriate, to accept late filings caused by inadvertence, mistake, or carelessness, as well as by intervening circumstances beyond the parties' control." *Speiser, Krause & Madole P.C. v. Ortiz*, 271 F.3d 884, 888 (9th Cir. 2001) (citing *Pioneer*, 507 U.S. at 395).

The relevant considerations are the (1) prejudice to the opposing party; (2) the length of the delay and potential impact on judicial proceedings; (3) the reason for delay; and (4) lack of evidence of bad faith. *Lemoge v. United States*, 587 F.3d 1188, 1192 (9th Cir. 2009). Here, there is no prejudice to Plaintiff, where even for example a reversal of a grant of summary judgment has been found not to constitute prejudice. *Bateman v. U.S. Postal Serv.*, 231 F.3d 1220, 1223–24 (9th Cir. 2000). The length of delay was one day. The reason for the delay was a perfect storm of litigation emergencies and personal circumstances. *See id.* (finding that travel for family emergency and delay in checking litigation upon return qualified). Finally, there is absolutely no evidence of bad faith, as counsel filed as soon as able.

Snell & Wilmer
600 University Street
Suite 310
Seattle, Washington 98101
206.741.1420

**Conclusion**

Defendant respectfully requests that the Court accept and not strike Defendant's Trial Brief.

Dated: August 25, 2025

SNELL & WILMER L.L.P.

By: */s/ Kelly H. Dove*

Kelly H. Dove, WSBA No. 58910
Snell & Wilmer, LLP
600 University Street, Suite 310
Seattle, WA 98101
(206) 741-1420
kdove@swlaw.com

*Attorneys for Wells Fargo Bank, N.A.*

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE TRIAL BRIEF (ECF NO. 42) - 3

3:23-cv-06121-BHS

4916-1873-9298

Snell & Wilmer
600 University Street
Suite 310
Seattle, Washington 98101
206.741.1420

**WORD COUNT CERTIFICATION**

Defendant certifies that this document contains 287 words.

Dated: August 25, 2025

        SNELL & WILMER L.L.P.

        By: /s/ *Kelly H. Dove*
        Kelly H. Dove, WSBA No. 58910
        Snell & Wilmer, LLP
        600 University Street, Suite 310
        Seattle, WA 98101
        (206) 741-1420
        kdove@swlaw.com

        Attorneys for Wells Fargo Bank, N.A.

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE TRIAL BRIEF (ECF NO. 42) - 4

3:23-cv-06121-BHS

4916-1873-9298

Snell & Wilmer
600 University Street
Suite 310
Seattle, Washington 98101
206.741.1420

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2025, the foregoing was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

Dated: August 25, 2025

SNELL & WILMER L.L.P.

By: */s/ Kelly H. Dove*

Kelly H. Dove, WSBA No. 58910
Snell & Wilmer, LLP
600 University Street, Suite 310
Seattle, WA 98101
(206) 741-1420
kdove@swlaw.com

*Attorneys for Wells Fargo Bank, N.A.*

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE TRIAL BRIEF (ECF NO. 42) - 5

3:23-cv-06121-BHS

4916-1873-9298

Snell & Wilmer
600 University Street
Suite 310
Seattle, Washington 98101
206.741.1420