SaraEllen Hutchison (WSBA # 36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
1102 A ST STE 300 PMB 66
Tacoma, WA 98402
Telephone:   206-529-5195
Email:        saraellen@saraellenhutchison.com

Robert W. Mitchell (WSBA #37444)
ROBERT W. MITCHELL, ATTORNEY AT LAW, PLLC
1020 N. Washington, Spokane, WA  99201
Telephone:   360-993-5000
Email:        bobmitchellaw@yahoo.com

*Attorneys for Plaintiff, Michael Evitt*

THE HONORABLE JUDGE SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| MICHAEL EVITT,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK NA,<br><br>    Defendant. | No. 3:23-CV-06121-BHS<br><br>**AGREED NEUTRAL STATEMENT OF THE CASE** |

## NEUTRAL STATEMENT OF THE CASE

In April of 2022, a non-party fraudster accessed Plaintiff, Michael Evitt's Wells Fargo checking account and made 18 separate "bill pay" transactions between $999.00 and $1000.00. He or she also established "overdraft protection" on the account, attached to Mr. Evitt's Wells Fargo credit card. Wells Fargo denied Mr. Evitt's claim that the charges were fraudulent.

An  arbitration between Mr. Evitt and Wells Fargo was held in August of 2023. The Arbitrator's November 17, 2023 Decision, which was sent to Mr. Evitt and Wells Fargo on November 20, 2023, found and concluded that the transactions were fraudulent, and that Mr.

AGREED NEUTRAL STATEMENT OF THE CASE    1

Law Office of SaraEllen Hutchison, PLLC
1102 A ST STE 300 PMB 66 | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

4914-8223-6515

Evitt did not owe Wells Fargo the money. It ordered Wells Fargo to refund the money he had paid on the debt, and stop reporting the inaccurate debt:

> NOW THEREFORE, Claimant Michael Evitt is awarded damages of $10,500. Wells Fargo is ordered to refund all amounts in excess of $10,500 paid by Mr. Evitt for the purported cash advances, remove the debt from his credit card account, refrain from collecting monthly payments from Mr. Evitt, cease reporting the debt to the credit reporting agencies and report the dispute between Mr. Evitt and Wells Fargo as resolved in his favor.

Following the arbitrator's Decision, Mr. Evitt saw the Wells Fargo debt was still on his Trans Union credit report. On November 30, 2023, Mr. Evitt disputed to Trans Union.

Trans Union sent Mr. Evitt's dispute to Wells Fargo. Wells Fargo responded to Trans Union on December 6, 2023 as: "VERIFIED AS ACCURATE."

. Mr. Evitt sued on December 8, 2023, asserting a Fair Credit Reporting Act (FCRA) claim.

By December 19, 2023, Wells Fargo had changed the reporting to reflect a zero balance on the account.

Mr. Evitt claims that Wells Fargo failed to conduct a reasonable investigation in response to his November 30, 2023 dispute to Trans Union. Mr. Evitt claims that Wells Fargo's failure to conduct a reasonable investigation in response to his dispute was willful, entitling him to damages, statutory damages, and punitive damages. In the alternative, Mr. Evitt claims that Wells Fargo's failure to conduct a reasonable investigation in response to his dispute was negligent, entitling him to damages.

Wells Fargo denies that it failed to conduct a reasonable investigation, and denies that Mr. Evitt is entitled to damages.

AGREED NEUTRAL STATEMENT OF THE CASE    2

Law Office of SaraEllen Hutchison, PLLC
1102 A ST STE 300 PMB 66 | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

4914-8223-6515

Presented By:

S//*SaraEllen Hutchison*
SaraEllen Hutchison (WSBA # 36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
1102 A ST STE 300 PMB 66
Tacoma, WA 98402
Telephone:    206-529-5195
Email:            saraellen@saraellenhutchison.com

s//*Robert W. Mitchell*
Robert W. Mitchell (WSBA #37444)
ROBERT W. MITCHELL, ATTORNEY AT LAW, PLLC
1020 N. Washington, Spokane, WA  99201
Telephone:    (360) 993-5000
Email:            bobmitchellaw@yahoo.com

*Attorneys for Plaintiff, Michael Evitt*

Approved for entry:


S//*Kelly H. Dove*
Kelly H. Dove, WSBA No. 58910
Snell & Wilmer
Suite 1400
Seattle, WA 98104
Telephone: (425) 748-5055
Email(s): kdove@swlaw.com


*Attorneys for Defendant, Wells Fargo Bank, N.A.*


                DATED THIS 29th day of August, 2025.

                        Respectfully submitted,

                        S//*SaraEllen Hutchison*
                        SaraEllen Hutchison (WSBA # 36137)
                        LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
                        1102 A ST STE 300 PMB 66
                        Tacoma, WA 98402

AGREED NEUTRAL STATEMENT OF THE CASE        3

Law Office of SaraEllen Hutchison, PLLC
1102 A ST STE 300 PMB 66 | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

4914-8223-6515

| | |
|---|---|
| Telephone: | 206-529-5195 |
| Email: | saraellen@saraellenhutchison.com |

s//*Robert W. Mitchell*
Robert W. Mitchell (WSBA #37444)
ROBERT W. MITCHELL, ATTORNEY AT LAW, PLLC
1020 N. Washington, Spokane, WA  99201
Telephone:    (360) 993-5000
Email:          bobmitchellaw@yahoo.com

*Attorneys for Plaintiff, Michael Evitt*

AGREED NEUTRAL STATEMENT OF THE CASE    4

4914-8223-6515