ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL EVITT,<br><br>            Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.,<br><br>            Defendant. | CASE NO. C23-6121 BHS<br><br>VERDICT FORM |

We, the Jury, answer the Court's questions as follows:

**Question 1**: Did Defendant violate the Fair Credit Reporting Act?

ANSWER:   Yes _____   No __X__

*If your answer to Question 1 is "Yes," answer Question 2. If your answer to Question 1 is "No," sign and date this Verdict Form and inform the Courtroom Deputy that you have reached a verdict.*

**Question 2:** Do you award Plaintiff actual damages?

ANSWER:   Yes _____   No _____

*If your answer to Question 2 is "Yes," answer Question 3. If your answer to Question 2 is "No," answer Question 4.*

ORDER - 1

**Question 3:** What amount of actual damages do you award?

ANSWER:   $ _____

*Answer Question 4.*

**Question 4:** Was Defendant's violation willful?

ANSWER:   Yes _____   No _____

*If your answer to Question 4 is "No," sign and date this Verdict Form and inform the Courtroom Deputy that you have reached a verdict.*

*If your answer to Question 4 is "Yes," **and** you did not award any actual damages in Questions 2 and 3, answer Question 5.*

*If you **did** award actual damages in Questions 2 and 3, answer Question 6. Do not answer Question 5.*

**Question 5:** What amount of statutory damages (between $100 and $1000) do you award?

ANSWER:   $ _____

*If your answer to Question 4 is "Yes," answer Question 6, whether or not you answered Question 5.*

**Question 6:**

Do you award punitive damages?

ANSWER:   Yes _____   No _____

If Yes, in what amount?

ANSWER:   $ _____

ORDER - 2

*Sign and date this Verdict Form and inform the Courtroom Deputy that you have reached a verdict.*

Dated this 10th day of September, 2025.

_____
Presiding Juror